UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ESTÉE LAUDER COSMETICS LTD. <br> and MAKE-UP ART COSMETICS INC., <br><br> Plaintiffs, <br><br> v. <br><br> CHINESE QUALITY STORE, et al., <br><br> Defendants. | Case No. 20-cv-3738 <br><br> Hon. Steven C. Seeger |

## SEALED TEMPORARY RESTRAINING ORDER

Plaintiffs Estée Lauder Cosmetics Ltd. and Make-Up Art Cosmetics Inc. (together, "Estée Lauder" or "Plaintiffs") filed an *Ex Parte* Motion for Entry of a Temporary Restraining Order alleging infringements of Plaintiff's Trademarks by counterfeiters. Specifiically, Plaintiffs allege that the defendants identified in Schedule A ( the "Defendants"), and using the seller aliases identified in Schedule A (the "Seller Aliases"), offer to sell, and do sell, counterfeit MAC products on various websites and third-party platforms. Plaintiffs also allege that Defendants are not authorized to use the MAC Trademarks and that Plaintiffs have suffered injury through this unauthorized use. Plaintiffs support their motion with declarations and the accompanying exhibits. This Court having read the evidence before it hereby GRANTS Estée Lauder's *Ex Parte* Motion of a Temporary Restraining Order against the Defendants listed in the attached Schedule A.

The Court further finds that, without adversarial presentation, it has personal jurisdiction over the Defendants because they directly target their business activities toward consumers in the United States, including consumers in Illinois. Specifically, Plaintiffs have provided some basis

to conclude that Defendants may have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more Seller Aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars and, on information and belief, have sold products using infringing and counterfeit versions of Plaintiffs' federally registered trademarks (the "MAC Trademarks") to residents of Illinois. A list of the MAC Trademarks is included in the below chart.

| Registration Number | Trademark | Goods and Services |
|---|---|---|
| 1,642,532 | M·A·C | For: cosmetics, namely, eye shadow, eye make-up remover, eye liner, foundation make-up, face powder, lipstick, lip gloss, lip shiner, mascara, nail polish, eyebrow pencil, rouge, face shimmers, body lotions, moisture lotion, moisture tonics, skin cleaner, dusting powder, facial moisturizers in class 003.<br><br>For: cosmetic pencil sharpeners in class 016.<br><br>For: cosmetic cases sold empty, cosmetic brushes, dusters for applying make-up, lip brushes, and cosmetic sponges in class 021. |
| 3,023,827 | MAC | For: cosmetic products including lipsticks, lip gloss, lip liners, lip balms, eye shadows, eye lining pencils, liquid eye liners, eye makeup, mascara, eyebrow pencils, artificial eyelashes, blushers, bronzers, multi-use cosmetic sticks, foundation makeup, pressed powder, loose powder, makeup remover, concealers, eye palettes, lip palettes, make-up kits, multi-use colored creams, powders and gels for use on face; nail polish, nail enamel, nail polish remover; non-medicated skin care products, namely cleansers, exfoliators, toners, eye creams, cleansing wipes, moisturizing spritzers, tinted moisturizers; fragrances for personal use in class 003.<br><br>For: consultation services in the selection and use of cosmetics, toiletries and beauty |

2

| Registration Number | Trademark | Goods and Services |
|---|---|---|
| | | treatment in class 044. |
| 3,237,448 | MAC | For: carry-all bags; clutch bags; cosmetic bags sold empty; roll bags; travelling bags; waist bags in class 018.<br><br>For: cosmetic brushes in class 021. |
| 4,184,695 | M·A·C (logo) | For: carry-all bags, cosmetic bags sold empty, shoulder bags, tote bags, clutch bags and travel bags in class 018. |
| 2,207,315 | STUDIO FIX | For: cosmetics, namely, make-up foundation in class 003. |
| 3,347,789 | M·A·C PREP + PRIME (logo) | For: non-medicated skincare preparations in class 003. |
| 2,369,642 | VIVA GLAM | For: lipstick in class 003. |
| 3,469,550 | TECHNAKOHL LINER | For: cosmetics in class 003. |
| 3,516,371 | MINERALIZE | For: cosmetics in class 003. |
| 3,561,063 | FLUIDLINE | For: cosmetics in class 003. |
| 3,599,599 | DAZZLEGLASS | For: cosmetics in class 003. |
| 3,636,203 | CREMESHEEN | For: cosmetics in class 003. |
| 3,901,933 | MAC HAUTE & NAUGHTY LASH | For: cosmetics in class 003. |
| 4,022,031 | MAKE-UP ART COSMETICS | For: cosmetics in class 003. |
| 4,372,062 | VELUXE | For: cosmetics in class 003. |
| 4,645,887 | PATENTPOLISH | For: cosmetics in class 003. |
| 5,131,032 | RETRO MATTE | For: cosmetics in class 003. |

3

The Court also finds that issuing this Order without notice pursuant to Rule 65(b)(1) of the Federal Rules of Civil Procedure is appropriate because Estée Lauder has made a *prima facie* showing that satisfies the requirements of an *ex parte* Temporary Restraining Order. Specifically, the facts in the Declaration of Gregg Marrazzo [14], paragraphs 19-24, and the Declaration of Justin R. Gaudio [13], paragraphs 5-7, and accompanying evidence show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition. In the absence of an *ex parte* order, Defendants could and likely would move any assets from accounts in financial institutions under this Court's jurisdiction to offshore accounts. As other courts have recognized, proceedings against those who deliberately traffic in counterfeit merchandise are often useless if notice is given to the adverse party.

The Court orders as follows:

1. Defendants, their officers, agents, servants, employees, attorneys, and other persons in active concert or participation with them are temporarily restrained from:

> a. using the MAC Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine MAC product or not authorized by Estée Lauder to be sold in connection with the MAC Trademarks;
>
> b. passing off, inducing, or enabling others to sell or pass off any product as a genuine MAC product or any other product produced by Estée Lauder, that is not Estée Lauder's or not produced under the authorization, control or supervision

of Estée Lauder and approved by Estée Lauder for sale under the MAC Trademarks;

c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control or supervision of Estée Lauder, or are sponsored by, approved by, or otherwise connected with Estée Lauder;

d. further infringing the MAC Trademarks and damaging Estée Lauder's goodwill; and

e. shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Estée Lauder, nor authorized by Estée Lauder to be sold or offered for sale, and which bear any of Estée Lauder's trademarks, including the MAC Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof.

2. Defendants shall provide to Estée Lauder copies of all documents and records in such person's or entity's possession or control relating to:

a. the identities and locations of Defendants, including all known contact information and any and all associated e-mail addresses; and

b. the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Online Marketplaces.

5

3. Any third party with actual notice of this Order who is providing services for any of the Defendants, including, but not limited to, any online marketplace platforms such as eBay, Inc. ("eBay"), AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc., and ContextLogic, Inc. d/b/a Wish.com ("Wish.com") (collectively, the "Third Party Providers") shall, within ten (10) calendar days after receipt of such notice, provide to Estée Lauder expedited discovery, including copies of documents and records in such person's or entity's possession or control relating to:

    a. the identities and locations of Defendants, including all known contact information and all associated e-mail addresses; and

    b. the nature of Defendants' operations and all associated methods of payment for services and financial information, including (if requested) a summary of Defendants' sales and listing history related to their respective Online Marketplaces; and

    c. any financial accounts owned or controlled by Defendants, including their agents, servants, employees, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of PayPal, Inc. ("PayPal"), Alipay, Wish.com, Alibaba, Ant Financial Services Group ("Ant Financial"), and Amazon Pay.

Plaintiffs shall work cooperatively with the Third Party Providers and make reasonable efforts to ease the burdens imposed by their request for expedited discovery.

4. Defendants shall be temporarily restrained from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

5. PayPal, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay shall, within five (5) business days of receipt of this Order:

    a. locate all accounts and funds connected to Defendants' Seller Aliases and Online Marketplaces, including, but not limited to, any financial accounts connected to the information listed in Schedule A, the e-mail addresses identified in Exhibit 3 to the Declaration of Gregg Marrazzo, and any e-mail addresses provided for Defendants by third parties; and

    b. prevent any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

6. Estée Lauder may provide notice of these proceedings to Defendants, including notice of the preliminary injunction hearing, service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Amended Complaint, the Summons, this Order, all of Plaintiffs' filings related to any future motion for preliminary injunction and other relevant documents on a website. Defendants will also provide notice by sending an e-mail to the e-mail addresses identified in Exhibit 3 to the Declaration of Gregg Marrazzo and any e-mail addresses provided for Defendants by third parties that includes a link to said website. The Court directs the Clerk of the Court to issue a single original summons in the name of "CHINESE QUALITY STORE and all other Defendants identified in the Amended Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

7. Exhibit 1 to the Complaint [9], the Amended Complaint [10] and Exhibits 1-4 thereto [10-1] - [10-4], Schedule A to the Complaint [8] and the Amended Complaint [10-5], Plaintiffs' Motion for Entry of a Temporary Restraining Order [11], Plaintiffs' Memorandum in Support of their Motion for Entry of a Temporary Restraining Order [12], the accompanying Declaration of Justin R. Gaudio [13] and Exhibits 1-4 thereto [13-1] - [13-4], the Declaration of Gregg Marrazzo [14] and Exhibits 1-3 thereto [14-1], [14-2], [15], Plaintiffs' Motion for Electronic Service of Process Pursuant to Fed. R. Civ. P. 4(f)(3) [16], Plaintiffs' Memorandum in Support of its Motion for Electronic Service of Process Pursuant to Fed. R. Civ. P. 4(f)(3) [17], the accompanying Declaration of Justin R. Gaudio [18] and Exhibits 1-2 thereto [18-1], [18-2], Plaintiffs' Notification of Affiliates [19], Plaintiffs' Notice of Claims Involving Trademarks [20], and this Order shall remain sealed until Plaintiffs file a motion for entry of a preliminary injunction. Plaintiffs shall file unsealed versions of the above sealed documents using the CM/ECF system when they file their motion for preliminary injunction.

8. Estée Lauder shall deposit with the Court one hundred twenty-six thousand dollars ($126,000.00) (that is, $10,000 per Defendant), either cash, cashier's check or surety bond, as security, which amount was determined adequate for the payment of such damages as any person may be entitled to recover as a result of a wrongful restraint hereunder, such bond to be deposited with the Court once in-person civil case hearings resume.

9. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and Northern District of Illinois Local Rules.

10. This Temporary Restraining Order without notice is entered at 5:00 P.M. on this 17th day of July 2020 and shall remain in effect for fourteen (14) days.

Date: July 17, 2020

Steven C. Seeger
United States District Judge

**ESTÉE LAUDER COSMETICS LTD. and MAKE-UP ART COSMETICS v. CHINESE QUALITY STORE, et al., - Case No. 20-cv-3738**

# Schedule A

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 1 | Chinese quality Store | 2 | Ai Makeup Store |
| 3 | Makeup Wonderland Drop Shipping Store | 4 | 4992207-YANG Store |
| 5 | Beautiful Life Diary Store | 6 | Beautiful Voice Makeup Store |
| 7 | Co-co 859 Store | 8 | Huyoyo Store |
| 9 | JasonShop Store | 10 | Love Beauty Life Store |
| 11 | Magical Moment Store | 12 | Makeup Life Store |
| 13 | Minl makeups Store | 14 | Ms. Bearose Store |
| 15 | MSSugar Muswanna Store | 16 | PLSELF Store |
| 17 | Q&X Make up Store | 18 | Run Beauty house |
| 19 | Sexy brief Store | 20 | ShenZhen five Store |
| 21 | ShenZhen Foonbe Cosmetic Co.,Ltd. Store | 22 | Shop3180011 Store |
| 23 | Shop4600016 Store | 24 | Shop4988135 Store |
| 25 | Shop4998250 Store | 26 | Shop5068311 Store |
| 27 | Shop5081095 Store | 28 | Shop5084074 Store |
| 29 | TRENDY GIRL Store | 30 | VEEK Esthetic Salon Store |
| 31 | 001 Beautiful Woman Store | 32 | 66 MAKEUP PRODUCTS Store |
| 33 | A Global Makeup Store | 34 | A Women Daily Store |
| 35 | Azerion Boutique Store | 36 | Beautiful YYP Store |
| 37 | beautybeauty Store | 38 | Celina's Love Store |
| 39 | Codomaster Store | 40 | CoolLadies Store |
| 41 | DAYFULI Magical Store | 42 | Dreamlikeer Store |
| 43 | Fantasy Protagonist Store | 44 | GlamourJ Store |
| 45 | Hermos Findings Store | 46 | HG New Makeup Store |
| 47 | Junior Shop Store | 48 | May A May Store |
| 49 | mdjs8f Store | 50 | Metamorphosis. Store |
| 51 | Na-tural Beauties Store | 52 | Nightingale ShoppingMall Store |
| 53 | Outdoor Lifes Store | 54 | Prtty Girl Store |
| 55 | Shop3622096 Store | 56 | Shop4969086 Store |
| 57 | Shop5020084 Store | 58 | Shop5030013 Store |
| 59 | Shop5039270 Store | 60 | Shop5040262 Store |
| 61 | Shop5042169 Store | 62 | Shop5051314 Store |
| 63 | Shop5058041 Store | 64 | Shop5062283 Store |

| No. | Seller Aliases |
|---|---|
| 65 | Shop5067173 Store |
| 67 | Shop5716072 Store |
| 69 | Trendy World Store |
| 71 | VERUCA'S Makeup Store |
| 73 | Yajie Store |
| 75 | Shouhengda |
| 77 | bead-007 |
| 79 | fashion-space7 |
| 81 | nice-seller77 |
| 83 | sungift |
| 85 | cheers_us |
| 87 | nicetomeetyou20 |
| 89 | Abigale7 |
| 91 | bacardi |
| 93 | bluehouses |
| 95 | Buy_Easy |
| 97 | Chao Xiu mobile phone shell shop |
| 99 | Enhanced Beauty Shop |
| 101 | fafayou |
| 103 | godess |
| 105 | HLLIGHT |
| 107 | Lakely |
| 109 | lishp |
| 111 | nanjinglizhuozichanguanliyouxiangongsi |
| 113 | Personality Commodity Store |
| 115 | qiaogeli_store |
| 117 | Sinoco Intrernatinal |
| 119 | tianyi58 |
| 121 | xinshijuefushi |
| 123 | You Yong Store |
| 125 | YWSPORT |

| No. | Seller Aliases |
|---|---|
| 66 | Shop5077337 Store |
| 68 | SHOPYJHZP Store |
| 70 | Umbrella Makeup Store |
| 72 | wytfdl Store |
| 74 | Your Dreamy Makeup Store |
| 76 | 2018hezhaoxinfeng1 |
| 78 | better-shop777 |
| 80 | huang810415 |
| 82 | niveg |
| 84 | acemotor2015 |
| 86 | jewelry-panbeads |
| 88 | xiamenshuxinfushi8 |
| 90 | Anstruther |
| 92 | bestqualityforever2 |
| 94 | buhao |
| 96 | CCBC |
| 98 | chenshengyi1114 |
| 100 | eridu830 |
| 102 | Fashion Garment Wholesale |
| 104 | hailinzhu |
| 106 | huangyudianpu |
| 108 | LeGee |
| 110 | Make you a beautiful world |
| 112 | pecos580 |
| 114 | prettywomen |
| 116 | rxhjessica |
| 118 | Sun Flower1025 |
| 120 | VIPP |
| 122 | yanyan2017 |
| 124 | youknowit |
| 126 | zhaojing017 |

| No. | Online Marketplaces |
|---|---|
| 1 | aliexpress.com/store/4704037 |
| 3 | aliexpress.com/store/5142075 |
| 5 | aliexpress.com/store/2497051 |
| 7 | aliexpress.com/store/4973035 |
| 9 | aliexpress.com/store/5069159 |
| 11 | aliexpress.com/store/5003092 |

| No. | Online Marketplaces |
|---|---|
| 2 | aliexpress.com/store/5072241 |
| 4 | aliexpress.com/store/4992207 |
| 6 | aliexpress.com/store/5044301 |
| 8 | aliexpress.com/store/2655083 |
| 10 | aliexpress.com/store/3877066 |
| 12 | aliexpress.com/store/512258 |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 13 | aliexpress.com/store/2931086 | 14 | aliexpress.com/store/5043167 |
| 15 | aliexpress.com/store/5065090 | 16 | aliexpress.com/store/5008049 |
| 17 | aliexpress.com/store/5045130 | 18 | aliexpress.com/store/1829106 |
| 19 | aliexpress.com/store/1850788 | 20 | aliexpress.com/store/2814070 |
| 21 | aliexpress.com/store/234669 | 22 | aliexpress.com/store/3180011 |
| 23 | aliexpress.com/store/4600016 | 24 | aliexpress.com/store/4988135 |
| 25 | aliexpress.com/store/4998250 | 26 | aliexpress.com/store/5068311 |
| 27 | aliexpress.com/store/5081095 | 28 | aliexpress.com/store/5084074 |
| 29 | aliexpress.com/store/5034107 | 30 | aliexpress.com/store/5003272 |
| 31 | aliexpress.com/store/2780228 | 32 | aliexpress.com/store/5125072 |
| 33 | aliexpress.com/store/5373161 | 34 | aliexpress.com/store/3239068 |
| 35 | aliexpress.com/store/1953006 | 36 | aliexpress.com/store/2983021 |
| 37 | aliexpress.com/store/4962034 | 38 | aliexpress.com/store/2227153 |
| 39 | aliexpress.com/store/4284034 | 40 | aliexpress.com/store/5075105 |
| 41 | aliexpress.com/store/3263034 | 42 | aliexpress.com/store/5065066 |
| 43 | aliexpress.com/store/5239193 | 44 | aliexpress.com/store/5075082 |
| 45 | aliexpress.com/store/4968101 | 46 | aliexpress.com/store/5481039 |
| 47 | aliexpress.com/store/2217142 | 48 | aliexpress.com/store/5089066 |
| 49 | aliexpress.com/store/5079039 | 50 | aliexpress.com/store/4798001 |
| 51 | aliexpress.com/store/3221072 | 52 | aliexpress.com/store/1775579 |
| 53 | aliexpress.com/store/5244283 | 54 | aliexpress.com/store/2800078 |
| 55 | aliexpress.com/store/3622096 | 56 | aliexpress.com/store/4969086 |
| 57 | aliexpress.com/store/5020084 | 58 | aliexpress.com/store/5030013 |
| 59 | aliexpress.com/store/5039270 | 60 | aliexpress.com/store/5040262 |
| 61 | aliexpress.com/store/5042169 | 62 | aliexpress.com/store/5051314 |
| 63 | aliexpress.com/store/5058041 | 64 | aliexpress.com/store/5062283 |
| 65 | aliexpress.com/store/5067173 | 66 | aliexpress.com/store/5077337 |
| 67 | aliexpress.com/store/5716072 | 68 | aliexpress.com/store/5637050 |
| 69 | aliexpress.com/store/1873224 | 70 | aliexpress.com/store/5383072 |
| 71 | aliexpress.com/store/5015029 | 72 | aliexpress.com/store/5080011 |
| 73 | aliexpress.com/store/5427343 | 74 | aliexpress.com/store/3245075 |
| 75 | amazon.com/sp?seller=A3JKYRUI6OJQKX | 76 | ebay.com/usr/2018hezhaoxinfeng1 |
| 77 | ebay.com/usr/bead-007 | 78 | ebay.com/usr/better-shop777 |
| 79 | ebay.com/usr/fashion-space7 | 80 | ebay.com/usr/huang810415 |
| 81 | ebay.com/usr/nice-seller77 | 82 | ebay.com/usr/niveg |
| 83 | ebay.com/usr/sungift | 84 | ebay.com/usr/acemotor2015 |
| 85 | ebay.com/usr/cheers_us | 86 | ebay.com/usr/jewelry-panbeads |
| 87 | ebay.com/usr/nicetomeetyou20 | 88 | ebay.com/usr/xiamenshuxinfushi8 |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 89 | wish.com/merchant/5a9684cf6be8731a94081fc5 | 90 | wish.com/merchant/56c342a7af6cbb1169cb32ca |
| 91 | wish.com/merchant/596320eb48912c72c0b9ce23 | 92 | wish.com/merchant/57baee68a3ae9a072ccbf776 |
| 93 | wish.com/merchant/5aa12b3cb722cf7cd33814c9 | 94 | wish.com/merchant/581ec551c96e4b1b66a2412e |
| 95 | wish.com/merchant/57494346232ca05cbe15c5ec | 96 | wish.com/merchant/595f42fc905fdb021d6cc065 |
| 97 | wish.com/merchant/5b953149c979702ec0c9d6e0 | 98 | wish.com/merchant/58d25d613ae66953729b2935 |
| 99 | wish.com/merchant/595d9860d44a9b4b870f4670 | 100 | wish.com/merchant/58d4fd45236c0c54a709bba2 |
| 101 | wish.com/merchant/560b498bb1167a0d452a5e63 | 102 | wish.com/merchant/56093255c079a82f6162172c |
| 103 | wish.com/merchant/57985c35629c38302ab3eb69 | 104 | wish.com/merchant/59119cbf2da1ba7da80c9730 |
| 105 | wish.com/merchant/5806c8c91556b00d9e586d5c | 106 | wish.com/merchant/581c832abfa9fd7fa41f8459 |
| 107 | wish.com/merchant/5681075a9a609f2f203ca556 | 108 | wish.com/merchant/589da71bae9884598cb7018d |
| 109 | wish.com/merchant/59671e142894350317132b78 | 110 | wish.com/merchant/5724b96482ad385931678dd7 |
| 111 | wish.com/merchant/565fe9b9769a5629b8fca06a | 112 | wish.com/merchant/58d8c6cffe30c2555e44d838 |
| 113 | wish.com/merchant/56f91759fe76cc5874ac40bc | 114 | wish.com/merchant/530c954cbb72c52e3bd3372d |
| 115 | wish.com/merchant/5a0025347b584e0c48f292ef | 116 | wish.com/merchant/580eefcbf9414f195fd3b423 |
| 117 | wish.com/merchant/556538451aa1b91b6ef61146 | 118 | wish.com/merchant/58c8fd8b99858850e51476e9 |
| 119 | wish.com/merchant/596764002eac114dc6143618 | 120 | wish.com/merchant/576cd7e1316b0d6b94878442 |
| 121 | wish.com/merchant/580eeb879858a11ae358b51c | 122 | wish.com/merchant/596764c6d4cc342b29821ee3 |
| 123 | wish.com/merchant/5b756e05bee822165134e7a6 | 124 | wish.com/merchant/58a801f10f4dcf6f0cc7a4ce |
| 125 | wish.com/merchant/57fe06d0cf8ad454656d4c16 | 126 | wish.com/merchant/58c4e1eaffcbce51088613de |